UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL KENNEDY, on behalf of himself and all others similarly situated , <br><br> Plaintiff(s), <br><br> -against- <br><br> TRIDENT ASSET MANAGEMENT, LLC; ORION PORTFOLIO SERVICES, LLC <br><br> Defendant(s). | Civil Case No.: 2:18-cv-16550-SDW-LDW <br><br> **NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: May 16, 2019

*/s/ Joseph K. Jones*
Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
One Grand Central Place
60 East 42nd. Street, 46th Floor
New York, New York 10165
(646) 459-7971 telephone
(646) 459-7973 facsimile
jkj@legaljones.com

*Attorneys for Plaintiff*